IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP JAY STERLING, JR.                                                                    PETITIONER

v.                                          Case No. 6:21-cv-6093

SHERIFF TRAVIS HILL,
Pike County Jail                                                                              RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed July 23, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that Petitioner Phillip Jay Sterling, Jr.'s complaint be dismissed for failure to prosecute this action. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge